OPINION — AG — THE BOARD OF EDUCATION OF A SCHOOL DISTRICT AMY LEGALLY SUBMIT TO THE QUALIFIED VOTERS OF THE DISTRICT THE QUESTION OF THE INSURANCE OF ITS BONDS FOR THE PURPOSE OF FINANCING THE CONSTRUCTION OF HOUSES TO BE USED AS RESIDENCES FOR TEACHERS EMPLOYED BY SAID SCHOOL DISTRICT. CITE: 70 O.S. 1961, 4-22 [70-4-22], OPINION NO. OCTOBER 19, 1949 — OLIVER HODGE, 70 O.S. 1961, 15-1 [70-15-1] (W. J. MONROE)